IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In the matter of the Indictment and Arrest Warrant for<br><br>CHRISTOPHER TILLMAN TURNER | Case No. 1:24-CR-40<br><br>**Filed Under Seal** |

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 18th day of June 2024.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE